*George C. Paine, II*
*US Bankruptcy Judge*
Dated: 06/29/11



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
WILLIAM LAWRENCE HULSEY
JULIE CHARLOTTE HULSEY
715 BLUEDOOR RD
PORTLAND, TN  37148
SSN XXX-XX-6259    SSN XXX-XX-0027

CASE 05-15673-GP3-13

## ORDER DECLARING LONG TERM DEBT TREATED PER 1322(b)(5)
## CURRENT AND DEFAULTS CURED

It apearing to the Court, based upon the certification of the Trustee as indicated by his signature below, that the Trustee has requested this court issue an order holding that a long term claim, treated under the debtor's confirmed Chapter 13 Plan pursuant to section 1322 (b)(5), is current and that all defaults have been cured; and that notice of the Trustee's request and an accounting of payments made by the Trustee was forwarded to the debtor, debtor's counsel and the below listed creditors and that no objection to the Trustee's request was raised, it is:

**ORDERED,** that the section 1322(b)(5) claim listed below shall be deemed current and that all defaults in the claim(s) shall be deemed cured:

| | |
|---|---|
| **HSBC MORTGAGE**<br>**636 GRAND REGENCY BLVD**<br>**BRANDON, FL  33510** | Post Petition<br>Total Paid           $46,548.84<br>Date of Claim        Dec 29, 2008<br>Date of 1st Payment  Dec 31, 2005 for Jan 2006<br>Date of Last Payment Apr 30, 2011 for May 2011 |
| Claim No.  1<br>Defaults cured:<br>**HSBC MORTGAGE SERVICES**<br>Claim No.  2 | Acct No. 0006707137/08-008642/AMENDED<br><br>Claim Amt            $7,219.29<br>Principal Paid       $7,219.29<br>Interest Paid        $0.00 |

**ORDERED,** That this declaration that the long term obligation is current is made as of the below date: **6/28/2011**

Submitted by:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN  37219-0664
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has Been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.